

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Aaron Caleb Swenson, Appellant

No. 06-21-00126-CR          v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 20F0505-102).  Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the trial court's judgment and sentence and render a verdict of acquittal on this charge alone.

We further order that the appellee, the State of Texas, pay all costs of this appeal.

RENDERED OCTOBER 7, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk